IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  14-03060-01-CR-S-DGK |
| | ) | |
| STACY RENA ROSA, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY AND**
**ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One contained in the Information filed on August 6, 2014, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense.   Sentencing will be set by subsequent Order of the Court.


　　　　　　　　　　　　　　　　　　　　　　 */s/ Greg Kays*　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　**GREG KAYS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**


Date:   August 26, 2014